**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF INDIANA**
**SOUTH BEND DIVISION**

| | |
|---|---|
| MERCASIA USA, LTD., *an Illinois Corporation,* )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>JIANQING ZHU, ET AL., )<br>)<br>Defendants. ) | CAUSE NO. 3:17CV718-JD-MGG |

**ORDER FOR TELEPHONIC CONFERENCE**

On August 5, 2020, the parties filed a Stipulated Request for Status Conference. [DE 120]. The Court now schedules this cause for a telephonic status conference on **August 13, 2020 at 11:15 A.M. (EDT**), with the Court making the necessary arrangements.

Dial in instructions to be provided to the parties listed on the docket by email unless the Court is notified that specified attorneys need not be contacted.

SO ORDERED this August 7, 2020.

s/Michael G. Gotsch, Sr.
Michael G. Gotsch, Sr.
United States Magistrate Judge
