UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION

| | |
|---|---|
| MERCASIA USA LTD, <br><br> Plaintiff, <br><br> v. <br><br> JIANQING ZHU, *et al.*, <br><br> Defendants. | CASE NO. 3:17-CV-718-JD-MGG |

**ORDER**

Before the Court is the parties' Second Stipulated Request for Status Conference [DE 130] and Defendant, 3BTech, Inc.'s ("3BTech's"), Motion for Extension of Time and Relief from August 31, 2020 Discovery Deadline [DE 133]. Having considered the parties' competing arguments related to 3BTech's delayed production of its electronically stored information, the Court determines that a telephonic status conference is not necessary to address the parties' case management concerns. In reliance on the parties' briefing of the relevant issues, the Court finds that good cause exists to modify the Court's Rule 16(b) Scheduling Order [DE 74, DE 99]. *See* Fed. R. Civ. P. 16(b)(4).

Accordingly, the Court **DENIES** the parties' Stipulation seeking a status conference [DE 130] and **GRANTS** 3BTech's Motion [DE 133]. The Court **AMENDS** its Scheduling Order [DE 129] as follows:

- 3BTech shall produce all supplemental discovery responses and privilege logs no later than **September 11, 2020**

- Document review shall be completed no later than **October 23, 2020**

- All depositions shall be completed no later than **November 23, 2020**

- All discovery, including fact and expert discovery, shall be completed no later than **January 31, 2021**

The parties are advised that the discovery-related, nondispositive motion deadlines **REMAINS December 31, 2020**. [*See* DE 129, DE 59]. The parties are **ADVISED** that, no further extensions will be granted absent extraordinary cause beyond the scope of the ESI production and review issues raised by the parties through their instant Stipulation.

Notably, the parties' dispute over who is responsible for reviewing 3BTech's impending ESI production for responsiveness and confidentiality was only raised in support of the parties' request for a status conference. The parties retain access to all procedural mechanisms deemed necessary if they cannot resolve this dispute between themselves as envisioned by Fed. R. Civ. P. 37. The Court will address the remaining pending motions [DE 66, DE 89, DE 90, DE 98, DE 103, DE 106] before it in due course by separate order.

Lastly, the Court **DIRECTS** the Clerk to terminate 3BTech's Supplement to Second Stipulated Request for Status Conference [DE 134], which was misdocketed as a Stipulation when filed by 3BTech.

**SO ORDERED** this 4th day of September 2020.

s/Michael G. Gotsch, Sr.
Michael G. Gotsch, Sr.
United States Magistrate Judge
