UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION

| | |
|---|---|
| MERCASIA USA, LTD., *an Illinois Corporation*,<br><br>                Plaintiff,<br><br>     v.<br><br>JIANQING "JOHNNY" ZHU, *an individual*; and 3BTECH, INC., *an Indiana Corporation*,<br><br>                Defendants. | Case No. 3:17-cv-00718-JD-MGG |

**ORDER GRANTING JOINT MOTION TO EXTEND DEADLINES**

Having considered the Parties' Joint Motion to Extend Deadlines, Dkt. No. 137, the Court hereby GRANTS the Motion. The deadlines set out in this Court's Order, Dkt. No. 136, are extended as follows:

- Document review shall be completed no later than **November 23, 2020.**

- All depositions shall be completed no later than **December 23, 2020.**

- All discovery, including fact and expert discovery, shall be completed no later than **February 26, 2021.**

SO ORDERED this October 29, 2020.

                                                s/Michael G. Gotsch, Sr.
                                                Michael G. Gotsch, Sr.
                                                United States Magistrate Judge

2

Presented by:

/s/John D. Denkenberger
John D. Denkenberger (admitted *pro hac vice*)
Brian F. McMahon (admitted *pro hac vice*)
John Whitaker (admitted *pro hac vice*)
Christensen O'Connor Johnson
Kindness PLLC
1201 Third Avenue, Suite 3600
Seattle, WA  98101-3029
Telephone:  206.682.8100
Fax:  206.224.0779
E-mail:  john.denkenberger@cojk.com,
brian.mcmahon@cojk.com,
john.whitaker@cojk.com, litdoc@cojk.com

Erin Linder Hanig (29113-71)
SouthBank Legal:
LaDue Curran & Kuehn LLC
100 E. Wayne St., Suite 300
South Bend, IN 46601
Tel: 574-968-0760
Fax: 574-968-0761
ehanig@ southbank.legal

*Attorneys for Plaintiff MERCASIA USA, LTD.*

/s/Harold C. Moore
Harold C. Moore (No. 19004-49)
Michael A. Swift (No. 17779-49)
MAGINOT, MOORE & BECK, LLP
One Indiana Square, Suite 2200
Indianapolis, IN 46204
hcmoore@maginot.com
maswift@maginot.com

*Counsel for Defendant 3BTech, Inc.*

2