UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION

| | |
|---|---|
| MERCASIA USA, LTD, <br><br> Plaintiff, <br><br> v. <br><br> JIANQING ZHU, *et al.*, <br><br> Defendants. | CASE NO. 3:17-CV-718-JD-MGG |

### ORDER

Pending and ripe before the Court is Defendant, 3BTech, Inc.'s ("3BTech's"), Motion to Amend Counterclaim. As a preliminary matter, 3BTech's instant Motion does not comply with N.D. Ind. L.R. 15-1(a), which requires motions to amend pleadings to include "the original signed proposed amendment as an attachment." 3BTech's error—while notable—is not necessarily fatal because "[f]ailing to comply with this rule is not grounds to deny the motion." N.D. Ind. L.R. 15-1(c). Moreover, in its reply brief, 3BTech conceded that this Court mooted the part of its instant Motion seeking to add a tortious interference with contract claim against Plaintiff, MercAsia USA, LTD when it issued its Opinion and Order denying MercAsia's motion for a temporary restraining order on June 30, 2020. [DE 114 at 2 (citing DE 111 at 8–9)]. 3BTech then withdrew the only remaining request[1] in the instant Motion based upon MercAsia's assertions in its response brief [DE 114 at 3 (citing DE 109 at 10, 13)].

---

[1] In the Motion, 3BTech originally sought to update its counterclaim for Declaratory Judgment of Non-Infringement to include its Waerator W2 product sold on Amazon. [DE 90 at 2–3, ¶¶ 5–8].

Therefore, the Court **DENIES AS MOOT** 3BTech's instant Motion to Amend its Counterclaim. [DE 90].

**SO ORDERED** this 18th day of December 2020.

s/Michael G. Gotsch, Sr.  
Michael G. Gotsch, Sr.  
United States Magistrate Judge