UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION

| | |
|---|---|
| MERCASIA USA, LTD, <br><br> Plaintiff, <br><br> v. <br><br> JIANQING ZHU, *et al.*, <br><br> Defendants. | CASE NO. 3:17-CV-718-JD-MGG |

## ORDER

Pending and ripe before the Court are five motions. [DE 66, DE 89, DE 98, DE 103, DE 106]. On February 1, 2021, the Court held a telephonic motion hearing regarding the pending motions. In preparation for the hearing, the parties filed a Status Report on January 27, 2021, as ordered by the Court. In their Status Report, the parties indicated that Defendant 3BTech, Inc.'s ("3BTech's") Motion to Extend Deadlines [DE 89] and 3BTech's Motion to Compel Production of Documents and Responses to Interrogatories [DE 103] have become moot. [DE 143 at 8, 10]. The parties confirmed the mootness of 3BTech's motions at the hearing.

Accordingly, the Court **DENIES AS MOOT** 3BTech's two motions. [DE 89, DE 103]. The remaining pending motions [DE 66, DE 98, DE 106] will be resolved by separate order of the Court as indicated at the hearing.

**SO ORDERED** this 2nd day of February 2021.

s/Michael G. Gotsch, Sr.
Michael G. Gotsch, Sr.
United States Magistrate Judge