UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION

| | |
|---|---|
| MERCASIA USA, LTD., *an Illinois Corporation*, <br><br> Plaintiff, <br><br> v. <br><br> JIANQING "JOHNNY" ZHU, *an individual*; and 3BTECH, INC., *an Indiana Corporation*, <br><br> Defendants. | Case No. 3:17-cv-00718-JD-MGG |

## MERCASIA USA, LTD.'S STATEMENT OF EXPENSES

Pursuant to the Court's Order of March 1, 2021, Dkt. No. 146, Plaintiff MercAsia USA, Ltd. ("Plaintiff" or "MercAsia") hereby respectfully submits this Statement of Expenses related to its Motions to Compel, Dkt. Nos. 66 and 106. MercAsia's Statement of Expenses is comprised of $294,699.00 in attorney's fees and $3,847.85 in costs, for a total of $298,546.85. These totals constitute the sum of attorney and staff time, along with related costs, necessarily incurred in pursuing the Motions to Compel and actions related thereto.

In support of these totals, MercAsia respectfully submits herewith the supporting declarations of Stacey S. Thompson (attached hereto as **Exhibit 1)**, the Chief Operating Officer of Christensen O'Connor Johnson Kindness, PLLC ("COJK"); Brian F. McMahon (attached hereto as **Exhibit 2)**, counsel of record for MercAsia, and Erin Linder Hanig (attached hereto as **Exhibit 3)**, counsel of record for MercAsia. The supporting declaration of Mr. Thompson is submitted to establish the reasonableness of the COJK billing rates used to calculate MercAsia's statement of expenses. The supporting declarations of Ms. Hanig and Mr. McMahon are used in part to establish the methodology in identifying the tasks and time spent relating to the Motions

1

to Compel. They are also used to establish the basis for seeking that portion of the award attributable to costs.

As explained in the declarations of Ms. Hanig and Mr. McMahon, only tasks that related to the Motions to Compel and the events supporting them as referenced in the Court's Order, Dkt. No. 146 (*e.g.*, *id.* at 10), are included for accounting purposes. Moreover, and as explained further in the declaration of Mr. McMahon, billing entries were further pared and removed from MercAsia's statement of expenses if they were not performed by any counsel of record for this matter or by Mr. Christopher Vinkler, COJK litigation paralegal. Further still, no work was included in MercAsia's accounting if the corresponding contemporaneously recorded description of that work appeared also to include unrelated work—thus MercAsia has avoided any *post-hoc* adjustments of times and work descriptions relating to the Motions to Compel.

DATE: March 15, 2021.

/s/John D. Denkenberger
John D. Denkenberger (admitted *pro hac vice*)
Brian F. McMahon (admitted *pro hac vice*)
John Whitaker (admitted *pro hac vice*)

Christensen O'Connor Johnson
Kindness PLLC
1201 Third Avenue, Suite 3600
Seattle, WA  98101-3029
Telephone:  206.682.8100
Fax:  206.224.0779
E-mail:  john.denkenberger@cojk.com,
brian.mcmahon@cojk.com,
john.whitaker@cojk.com, litdoc@cojk.com

Erin Linder Hanig (29113-71)
SouthBank Legal:
LaDue Curran & Kuehn LLC
100 E. Wayne St., Suite 300
South Bend, IN 46601
Tel: 574-968-0760

Fax: 574-968-0761
ehanig@southbank.legal

*Attorneys for Plaintiff MERCASIA USA, LTD.*

## CERTIFICATE OF SERVICE

I hereby certify that on Monday, March 15, 2021, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

Michael A. Swift
maswift@maginot.com
Harold C. Moore
hcmoore@maginot.com
MAGINOT, MOORE & BECK, LLP

                                        /s/John D. Denkenberger
                                        John D. Denkenberger