UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION

| | |
|---|---|
| MERCASIA USA LTD,<br><br>Plaintiff,<br><br>v.<br><br>JIANQING ZHU, *et al.*,<br><br>Defendants. | CASE NO. 3:17-CV-718-JD-MGG |

**ORDER**

On March 31, 2021, Defendant, 3BTech, Inc. ("3BTech") filed its Motion to Strike Marston Declaration along with an accompanying memorandum in support. Through its motion, 3BTech asked the Court to strike the Declaration of Michael B. Marston [DE 153-1] as attached to Plaintiff MercAsia USA, Ltd.'s ("MercAsia's") brief in response to 3BTech's pending Motion for Reconsideration [DE 150]. 3BTech contends that the Marston Declaration contains information protected by attorney-client privilege and therefore should stricken consistent with Fed. R. Civ. P. 26(b)(5) and this Court's protective order [DE 78 at 9–10].

Rather than file a brief in response to 3BTech's Motion to Strike, MercAsia filed its Unopposed Motion to Strike the Declaration of Michael D. Marston from the Record on April 13, 2021. Based on 3BTech's assertion that the Marston Declaration contains privileged information, MercAsia seeks to honor its obligations under Rule 26(b)(5) to retrieve the document. With agreement by the parties that retrieval of the Marston Declaration is proper under Rule 26(b)(5), the Court **GRANTS** MercAsia's Motion to

Strike. [DE 160]. The Marston Declaration is **STRICKEN** [DE 153-1] from the record.

With the Declaration now stricken, 3BTech's Motion to Strike is **DENIED AS MOOT**. [DE 155].

    **SO ORDERED** this 22nd day of April 2021.

S/Michael G. Gotsch, Sr.
Michael G. Gotsch, Sr.
United States Magistrate Judge
